IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PRINCE MCCOY, SR. | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv166 |
| JEFFERY WOODWARD, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Prince McCoy, Sr., proceeding *pro se*, filed this civil rights lawsuit.  The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge.

Plaintiff has filed a motion seeking a preliminary injunction and temporary restraining order. The magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied.

The Court has received and considered the Report and Recommendation, along with the record and pleadings.  No objections to the Report and Recommendation have been filed.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the Court.  The motion for preliminary injunction and temporary restraining order (doc. no. 3) is **DENIED**.

**SIGNED** this the 7 day of **March, 2022.**

Thad Heartfield
United States District Judge